UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **RONALD G. PAYTON,** | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 1001 |
| | : | (Making a False Statement) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement)

1.　At all times material to this Information, defendant **RONALD G. PAYTON** was employed by U.S. Investigations Services, Inc. ("USIS") as an investigator under contract to conduct background investigations on behalf of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government located in Washington, D.C.

2.　On or about February 14, 2008, in the District of Columbia and elsewhere, defendant **PAYTON**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation ("ROI") of a background investigation of B.D., defendant **PAYTON** stated the following:

　　a.　that he had interviewed S.K. about B.D., when in truth and in fact, defendant **PAYTON** had not interviewed S.K. about B.D.;

　　b.　that he had interviewed D.M. about B.D., when in truth and in fact, defendant **PAYTON** had not interviewed D.M. about B.D.; and

   c.  that he had interviewed D.S. about B.D., when in truth and in fact, defendant **PAYTON** had not interviewed D.S. about B.D.

   d.  that he had interviewed F.K. about B.D., when in truth and in fact, defendant **PAYTON** had not interviewed F.K. about B.D.

 In violation of 18 U.S.C. § 1001.

            JEFFREY A. TAYLOR
            United States Attorney for
            the District of Columbia


      By:  _____/s/_____
           ELLEN CHUBIN EPSTEIN, DC #442861
           THOMAS E. ZENO
           Assistant United States Attorneys
           555 Fourth Street, N.W.
           Washington, D.C.  20530
           (202) 514-9832
           Ellen.Chubin@usdoj.gov