UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-0153 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **RONALD G. PAYTON,** | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Assistant United States Attorney Ellen Chubin Epstein. This is a notice that Assistant United States Attorney Thomas E. Zeno, Bar Number 348623, telephone number (202) 514-6957, is entering his appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


       /s/
THOMAS E. ZENO
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NUMBER 348623
555 Fourth Street, N.W.
Room 5243
Washington, D.C. 20530
(202) 514-6957
Fax: (202) 307-2304
Thomas.Zeno@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2008, a copy of the Notice of Assignment and Appearance as Co-Counsel was served via ECF on counsel for the defendant:

>Patrick J. Devine
>DEVINE & FANNING, P.A.
>200 Washington Avenue
>P.O. Box 398
>La Plata, MD 20646
>(301) 934-2490
>Email: cualawyer@aol.com

\_\_\_/s/_____
THOMAS E. ZENO
ASSISTANT UNITED STATES ATTORNEY