U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA  :

          V.  :  Case No. 08-153 (CKK)
RONALD G. PAYTON
                                       :  **FILED**

                                       :  JUN 10 2008
               **ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___10th___ day of ___June 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on At mutually convenient date & time by ___S/A Derek Holt of the U.S. OPM, OIG___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___S/A Derek Holt of the U.S. OPM, OIG___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (~~U.S. Magistrate~~) Colleen Kollar-Kotelly

DOJ USA-16-80

**DEFENSE COUNSEL**