UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 08-153 |
| | : | Judge Colleen Kollar-Kotelly |
| RONALD G. PAYTON | : | **FILED** |
| Defendant | : | JUN 1 3 2008 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than AUGUST 22, 2008.

The Parties shall file its Memorandum in Aid of Sentencing by no later than AUGUST 29, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on SEPTEMBER 15, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: June 13, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers         Pretrial
      Files            Ellen Chubin Epstein, AUSA
      Probation        Patrick Devine, Esquire