FILED
JUL - 3 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Criminal No.: 08-CR-153 (CKK) |
| v. | * |
| | * |
| RONALD G. PAYTON | * VIOLATION: |
| | * 18 U.S.C § 1001 |
| Defendant. | * (Making a False Statement) |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION FOR TRAVEL

COMES NOW the Defendant, RONALD G. PAYTON, by and through his attorney Patrick J. Devine and the law offices of Devine and Fanning, P.A., and files this Consent Motion to allow the Defendant to travel outside the metropolitan area while on court ordered supervision and for reasons states as follows:

1. That the Defendant entered a plea of guilty on June 10, 2008, in the above captioned case.

2. That the Defendant was placed with pre-trial sentencing supervision with the condition that, travel was restricted geographically.

3. That the Defendant is requesting that he be allowed to travel to Greensboro North Carolina to participate in the event surrounding his mother's wedding which will take place on, July 4th and 5th, with Mr. Payton returning to Washington D.C., on Sunday the 6th of July, 2008.

DEVINE & FANNING, P.A.
Attorneys at Law
200 Washington Avenue
P O Box 398
La Plata, Maryland 20646-0398
(301) 934-2490  (301) 753-4316
Facsimile (301) 934-0956
HTTP://WWW.DEVINEANDFANNING.COM

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Devine and Fanning, P.A. |
| *Ellen Cubin Epstein* | *Patrick J. Devine* |
| Ellen Cubin Epstein, AUSA | Patrick J. Devine, Esquire |
| United States Attorney | Attorney for the Defendant |
| for the District of Columbia | P.O. Box 398 |
| Judiciary Center | La Plata, Maryland 20646 |
| 555 Fourth Street, N.W. | (301) 753-4316 |
| Washington, D.C 20530 | (301) 934-2490 |
| (202) 514-9832 |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of July, 2008, a copy of the foregoing was mailed first class postage prepaid to Ellen Cubin Epstein, AUSA, United States Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, N.W., Washington, D.C. 20530.

Patrick J. Devine

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Criminal No.: 08-CR-153-CKK |
| v. | * |
| | * |
| RONALD G. PAYTON | * VIOLATION: |
| | * 18 U.S.C § 1001 |
| Defendant. | * (Making a False Statement) |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

By the consent of the parties, IT IS THIS, _____ day of

_____, 2008, by the United States District Court for the District of

Columbia,

ORDERED, that the Defendant be allowed to travel out of the metropolitan area and to

Greensboro North Carolina for the purposes of attending the events surrounding his mother's

wedding on July 4th, 5th and 6th, 2008.

_____
Judge Colleen Kollar-Kotelly

PaytonConsenttoTravel

DEVINE & FANNING, P.A.
Attorneys at Law
200 Washington Avenue
P O Box 398
La Plata, Maryland 20646-0398
(301) 934-2490  (301) 753-4316
Facsimile (301) 934-0956
HTTP://WWW.DEVINEAFANNING.COM