UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * Criminal No.: 08-153 |
| v. | * |
| RONALD G. PAYTON | * VIOLATION: |
| | * 18 U.S.C § 1001 |
| Defendant. | * (Making a False Statement) |

*******************************************************************

## ORDER

By the consent of the parties. IT IS THIS 3rd day of July, 2008, by the United States District Court for the District of Columbia.

ORDERED, that the Defendant be allowed to travel out of the metropolitan area and to Greensboro North Carolina for the purposes of attending the events surrounding his mother's wedding on July 4th, 5th and 6th, 2008.

_____
Judge Colleen Kollar-Kotelly

PaytonConsentToTravel

DEVINE & FANNING, P.A.
Attorneys at Law
200 Washington Avenue
P. O. Box 398
La Plata, Maryland 20646-0398
(301) 934-2490 (301) 753-4316
Facsimile (301) 934-0956
HTTP://WWW.DEVINEANDFANNING.COM